**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>      - against -<br><br>VISTA FINANCIAL ADVISORS LLC, and<br>RUBEN CEDRICK WILLIAMS,<br><br>                    Defendants. | **23 Civ. 8432 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

Upon Defendants' motion and consent of Plaintiff, Defendants' deadline to answer or otherwise respond to the Complaint is hereby extended to March 26, 2024.

**SO ORDERED.**

Dated:    28 February 2024
          New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/24

Victor Marrero
U.S.D.J.

1