# ```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>         - against -<br><br>RUBEN CEDRICK WILLIAMS,<br><br>                    Defendant. | 23 Civ. 8432 (VM)<br><br>ORDER |

**VICTOR MARRERO, United States District Judge.**

   Before the Court is a proposed partial consent judgment, submitted by plaintiff Securities and Exchange Commission, as to defendant Ruben Cedrick Williams. (See Dkt. No. 22.) The Court hereby finds that there is not a substantial basis in the record for concluding that the proposed partial consent judgment is unfair or unreasonable or that the public interest would be disserved by such a judgment. See SEC v. Citigroup Global Markets, Inc., 752 F.3d 285, 294-95 (2d Cir. 2014). Accordingly, the Court will approve the partial consent judgment.

**SO ORDERED.**

Dated:    22 May 2024
          New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.